# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                        **CRIMINAL NO. 24-mj-194-GBW**

**MARK ANTHONY HALEY,**
      **Defendant.**

## NOTICE OF INTENT TO ENTER GUILTY PLEA

**COMES NOW,** Defendant, Mark Anthony Haley by and through his attorney of record, Shaharazad Booth, and hereby gives notice that he intends to enter a plea to the charge herein. Defendant further acknowledges that the time period from the date of the filing of this Notice to the date of the change of plea hearing, should be excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(1)(D).[1]

                                          Respectfully submitted,

                                          */s/ Shaharazad McDowell Booth*

                                          Shaharazad McDowell Booth
                                          *Attorney for the Defendant*
                                          Fed Bar ID 19-101
                                          PO Box 13856
                                          Las Cruces, NM 88013
                                          (575) 323-8233

---

[1] *United States v. Loughrin*, 710 F.3d 1111, 1120 (10th Cir. 2013) (holding that a defendant's request to change his plea clearly constitutes a pretrial motion which triggers exclusion of time under the Speedy Trial Act, thus, the days between a notice of a change of plea and the change-of-plea hearing are excludable under the STA); *see also United States v. Hunter*, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea "is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act," and that "the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.")